# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2462
_____

BRYAN E. HUNT,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Proceedings.

June 2, 2026

PER CURIAM.

DISMISSED.

ROBERTS, RAY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bryan E. Hunt, pro se, Petitioner.

No appearance for Respondent.